# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Charicka C. Leonard | **Repayment Agreement and Order** | No: 7:19-CR-00013-002 |

On December 8, 2021, Charicka C. Leonard was sentenced to 36 months probation.

After a review of her financial status, the following repayment agreement has been reached with Ms. Leonard. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.  As a result of the judgment entered against me on December 8, 2021, I have been ordered to pay a total restitution of $1,968.27 and a special assessment of $100.00.

2.  On December 8, 2021, I began my service of 36 months of probation. The mandatory assessment has not been satisfied in this case. The current balance of my restitution is $1,968.27.

3.  After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of February, 2022, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $60.00 per month during the term of supervision.

_____
Charicka C. Leonard

_____
Wesley Fitch, U.S. Probation Officer

_____
Kevin D. Abernethy
Assistant U.S. Attorney

February 2, 2022
Date

02/02/2022
Date

2-3-2022
Date

**THE COURT ORDERS:**

☒ Approval   ☐ Disapproval

s/Hugh Lawson
_____
Hugh Lawson
Senior U.S. District Judge

2/18/2022
Date